**Dismissed and Memorandum Opinion filed April 26, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00260-CR

_____

**REYNALDO VALDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 248th District Court
Harris County, Texas
Trial Court Cause No. 131407**

## MEMORANDUM   OPINION

Appellant entered a guilty plea to aggravated sexual assault of a child.   In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on February 22, 2012, to confinement for ten years in the Institutional Division of the Texas Department of Criminal Justice.   Appellant filed a pro se notice of appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal.   *See* Tex. R. App. P. 25.2(a)(2).   The trial court's certification is included in the record on

appeal.  *See* Tex. R. App. P. 25.2(d).  The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).  Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Frost, Christopher, and McCally.
Do Not Publish — TEX. R. APP. P. 47.2(b)